EX PARTE GEORGE L. WILLIAMS JR  §  IN THE COURT OF
APPLICANT  §  CRIMINAL APPEALS
  §  NOS WR 4906203
**MOTION DENIED**  §  WR 4906204
DATE: 10-28-15  §
BY: PC  §

BB. 49,062-03,04

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

MOTION FOR NON COMPLIANCE ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS 08-62218-U(A); W10-00781-U(A)

APPLICANT GEORGE L WILLIAMS JR IN THE ABOVE CAPTION MOVES THIS COURT TO FIND THE 291st DISTRICT COURT FROM Dallas COUNTY IN NON COMPLIANCE OF THIS COURTS ORDER ISSUED ON APRIL 29, 2015 AND IN SUPPORT OFFERS THE FOLLOWING,

(1) ON OCTOBER 24, 2014 THE STATE PROPOSED ORDER DESIGNATING ISSUES REGARDING WRIT NOS 0862218 -U(A) 1000781-U(A) THE COURT FINDS THAT CONTROVERTED PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE LEGALITY OF THE APPLICANTS CONFINEMENT EXIST. (PROSECUTORIAL MISCONDUCT) (INEFFECTIVE ASSISTANCE OF COUNSEL) (INEFFECTIVE ASSISTANCE OF COUNSEL AT TRIAL) (INEFFECTIVE ASSISTANCE OF COUNSEL ON APPEAL) NEED TO BE RESOLVED.

(2) PURSUANT TO THE PROVISIONS OF ARTICLE 1107 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, THE CLERK OF THE 291st JUDICIAL DISTRICT COURT TRANSMITTED WRIT NOS 4906203-4906204 TO THIS COURT WITHOUT THE TRIAL COURTS FINDING OF FACT AND CONCLUSIONS OF LAW.

(3) APPLICANT CONTEST THAT 291st DISTRICT COURT HAS NOT COMPLIED WITH THE COURT OF CRIMINAL APPEALS OF TEXAS ORDER SEE EXHIBIT A

(4) AS OF OCTOBER 21, 2015 THE TRIAL JUDGE HAS NOT RESOLVED THE ISSUES OR MADE FINDING OF FACTS AND CONCLUSIONS OF LAW. APPLICANT HAS NOT RECEIVED NO INFORMATION INDICATING THAT THE STATE REQUESTED AN EXTENSION OF TIME.

P1

# PRAYER

APPLICANT PRAY THAT THIS COURT GRANT HIS MOTION AND FIND THE 291st DISTRICT COURT IN NON CONPLIANCE OF THIS COURT ORDER, IF THE COURT RULE IN MY FAVOR I WOULD LIKE THE COURT OF CRIMINAL APPEALS TO EMFORCE 291st DISTRICT COURT TO ANSWER IN 10 DAYS. WHEREFORE PREMISE HAVING BEEN CONSIDERED APPLICANT HUMBLY PRAYS THAT NO OTHER OBSTRUCTION BE ALLOWED DIRECTLY FROM Dallas COUNTRY AND THAT APPLICANT 11.07 SEE FAIR JUSTICE

GEORGE WILLIAMS #1745723
OCTOBER 21, 2015

P7





# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-49,062-03; WR-49,062-04

### EX PARTE GEORGE L. WILLIAMS, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. W08-62218-U(A); W10-00781-U(A)
## IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### ORDER

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of compelling prostitution of a child less than 17 years of age in two cause numbers and sentenced to imprisonment for life in one cause and twenty years' imprisonment in the other cause. The Fifth Court of Appeals affirmed his convictions. *Williams v. State*, 05-11-01729-CR; 05-12-00007-CR (Tex. App.—Dallas Aug. 2, 2013, *pet. ref'd*)(not designated for publication).

On October 24, 2014, an order designating issues was signed by the trial court, but no affidavits or findings of fact have been forwarded to this Court with the applications. It appears that the trial court has not completed its fact-finding. We remand these applications to the 291st District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: April 29, 2015
Do not publish